# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MAJUANGY JONATHAN EVANS

NO. 2024 KW 1017

**FEBRUARY 10, 2025**

---

In Re: Majuangy Jonathan Evans, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0986-F-2023.

---

**BEFORE: PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.**

**WRIT DENIED.**

> **AHP**
> **TPS**
> **CAC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Calloway, J.,** serving as judge _pro tempore_ of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.